JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California  94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, | CASE NO:  C08-04228 CW |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO ANSWER THE COMPLAINT** |
| vs. | |
| CITY OF OAKLAND; RICHARD VALERGA; DOES 1-50, inclusive, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER

1

WHEREAS, the parties wish to engage in early settlement discussions, and

WHEREAS, defendants must obtain settlement authority from the City of Oakland City Council in order to have productive settlement discussions,

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT defendants shall have an additional thirty (30) days in which to file an Answer to the plaintiff's Complaint while the parties engage in good faith settlement discussions and defendants obtain settlement authority from the City of Oakland City Council.

IT IS SO STIPULATED:

Dated: September 23, 2008               _____/S/_____
                                        JULIE M. HOUK
                                        Attorney for Plaintiff

Dated: September 24, 2008               _____/S/_____
                                        WILLIAM SIMMONS
                                        Attorney for Defendant CITY OF OAKLAND

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: _____9/26_____, 2008           _____
                                        CLAUDIA WILKEN
                                        Judge of the United States
                                        District Court

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER

2