JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California  94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, | CASE NO:  C08-04228 CW |
| Plaintiff, | **STIPULATION AND ORDER GRANTING FURTHER EXTENSION ON DEFENDANTS' TIME TO ANSWER THE COMPLAINT** |
| vs. | |
| CITY OF OAKLAND; RICHARD VALERGA; DOES 1-50, inclusive, | |
| Defendants. | |

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER

1

WHEREAS, the parties have been engaging in good faith settlement discussions which have included the exchange of a written settlement demand by plaintiffs' counsel to defendants' counsel, an informal, in-person interview of the plaintiff by defendants' counsel and other good faith settlement discussions, and,

WHEREAS, defendants need additional time in which to obtain settlement authority from the City of Oakland City Council in order to respond to plaintiff's settlement demand,

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT defendants shall have an additional twenty-one (21) days in which to file an Answer to the plaintiff's Complaint while the parties continue to engage in good faith settlement discussions and defendants' counsel obtains settlement authority from the City of Oakland City Council.

IT IS SO STIPULATED:

Dated: October 29, 2008   _____/S/_____
JULIE M. HOUK
Attorney for Plaintiff

Dated: September 29, 2008   _____/S/_____
WILLIAM SIMMONS
Attorney for Defendant CITY OF OAKLAND

PURSUANT TO STIPULATION,
IT IS SO ORDERED:
Dated: \_\_\_\_11/10_____, 2008

_____
CLAUDIA WILKEN
Judge of the United States
District Court

STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER

2