Case 4:08-cv-04228-CW   Document 19   Filed 11/24/08   Page 1 of 2

11/20/2008  16:07   510-8485819           THE LAW CENTER                PAGE  02/03
2008-11-20 15:00   OaklandCityAttorney   (510) 238-6500 >>   510 8485819  P 2/3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jane Roe

                Plaintiff(s),

CASE NO. C08-04228 CW

v.

City of Oakland, et al.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

                Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓      other requested deadline _120 days (parties currently conducting settlement discussions)_

Dated: 11/20/08

Julie M. Houk /S/
Attorney for Plaintiff

Dated: 11/20/08

William Simmons /S/
Attorney for Defendant

Case 4:08-cv-04228-CW   Document 19   Filed 11/24/08   Page 2 of 2

11/23/2008  16:07   510-8485819          THE LAW CENTER              PAGE  03/03
2008-11-20 15:00   OaklandCityAttorney    (510) 238-6500 >>    510 8485819  P 3/3

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
  90 days from the date of this order.
  ✓ other  3-23-09

IT IS SO ORDERED.

Dated: NOV 2 4 2008

_____
UNITED STATES ~~MAGISTRATE~~ District JUDGE