JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California  94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>          Plaintiff,<br><br>vs.<br><br><br><br>CITY OF OAKLAND; RICHARD VALERGA; DOES 1-50, inclusive,<br><br>          Defendants. | CASE NO:  C08-04228 CW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND POSTPONING COMPLIANCE DEADLINES FOR MEDIATION**<br><br>Further CMC Date: 2/17/09<br>Time:  2:00 p.m.<br>The Hon. Claudia Wilken |

Roe v. City Of Oakland, Case No. C08-04228 CW
Stipulation And Proposed Order Cont. Further Cmc And Postponing Mediation Compliance Deadlines

1

WHEREAS, the parties have agreed to a settlement in principal of the entire action;

WHEREAS, said settlement is required to be approved by the City of Oakland City Council;

WHEREAS, it is anticipated that the Oakland City Council will consider the settlement at its closed session on February 3, 2009, and,

WHEREAS, if the settlement is approved at said closed session, the resolution approving the settlement will need to be scheduled at another session of the Council before the settlement funds can be paid to plaintiff,

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT the Court continue the further Case Management Conference, now scheduled for February 17, 2009, for at least 60 days and postpone any compliance deadlines for Mediation under the ADR Local Rules until after the further Case Management Conference in order to provide the parties with additional time to finalize the settlement in the above-entitled action.  In the event that the settlement is not approved by the Oakland City Council or is not finalized within that time frame, the parties will so advise the Court and appear at the time of the continued, further Case Management

Roe v. City Of Oakland, Case No. C08-04228 CW
Stipulation And Proposed Order Cont. Further Cmc And Postponing Mediation Compliance Deadlines

2

Conference.

IT IS SO STIPULATED:

Dated: January 22, 2009                             _____/S/_____
                                                    JULIE M. HOUK
                                                    Attorney for Plaintiff

Dated: January 22, 2009                             _____/S/_____
                                                    WILLIAM SIMMONS
                                                    Attorney for Defendant CITY OF OAKLAND

PURSUANT TO STIPULATION,

IT IS SO ORDERED:  :  **The Case Management Conference is continued to April 21, 2009, at 2:00 p.m.**

        1/26/09
Dated: _____, 2009                        _____
                                                    CLAUDIA WILKEN
                                                    Judge of the United States
                                                    District Court

Roe v. City Of Oakland, Case No. C08-04228 CW
Stipulation And Proposed Order Cont. Further Cmc And Postponing Mediation Compliance Deadlines

3