JOHN L. BURRIS (SBN #69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California  94621
(510) 839-5200; FAX (510) 839-3882
Email: john.burris@johnburrislaw.com

JAMES B. CHANIN (SBN# 76043)
JULIE M. HOUK   (SBN# 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
(510) 848-4752; FAX: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE,<br><br>     Plaintiff,<br><br>vs.<br><br><br>CITY OF OAKLAND; RICHARD VALERGA; DOES 1-50, inclusive,<br><br>     Defendants.<br>_____ | CASE NO:  C08-04228 CW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Roe v. City Of Oakland, Case No. C08-04228 CW
Stipulation And Proposed Order Re Dismissal with Prejudice

1

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE THAT pursuant to the terms of the settlement of the entire action reached between the parties, this action shall be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: April 1, 2009                    _____/S/_____
                                        James B. Chanin
                                        Attorney for Plaintiff

Dated: April 6, 2009                    _____/S/_____
                                        William E. Simmons
                                        Attorney for Defendants

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: April 16, 2009                   _____
                                        CLAUDIA WILKEN
                                        Judge of the United States
                                        District Court

Roe v. City Of Oakland, Case No. C08-04228 CW
Stipulation And Proposed Order Re Dismissal with Prejudice

2